BUDDY HAYES, an Infant, by VIRGINIA CLARK HEBENSTREIT, His Guardian ad Litem, and VIRGINIA CLARK HEBENSTREIT, Respondents, v. ANNIE CEASAR, Appellant, and Another, Defendant.— Judgment unanimously affirmed, with costs, in action by infant plaintiff to recover damages for personal injuries sus-

tained by him as the result of the fall upon him of a large object in the courtyard of the defendant's apartment house while there as a visitor, and by his mother to recover for medical expenses and loss of services.  Present — Lazansky, P. J., Young, Kapper, Hagarty and Davis, JJ.